E-FILED
Friday, 12 November, 2004   11:32:47 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
|                                   ) | Criminal No. 04-40102 |
| Plaintiff,                        ) | |
|                                   ) | |
| v.                                ) | VIO: Title 18, United States Code, |
|                                   ) | Sections 666 and 1001 |
| PAMELA SUE LEICHTY,               ) | |
|                                   ) | |
| Defendant.                        ) | |

**FILED**
NOV 1 2 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION TO SEAL

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and in support of its motion to seal the Information concerning the above-specified person, states as follows:

1. The Information relates to an ongoing embezzlement of public funds investigation in which additional and future charges are contemplated. Because the disclosure of the contents of the Information may frustrate such investigation, prompt fugitivity, and threaten the safety of law enforcement personnel, the United States requests that the Information be sealed until further order of this Court.

WHEREFORE, it is respectfully requested that the Information be sealed until further Order of this Court.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

BY: S/Sara Darrow
_____
SARA DARROW
ASSISTANT U.S. ATTORNEY
1830 Second Avenue, Suite 320
Rock Island, Illinois 61201