E-FILED
Friday, 12 November, 2004  11:33:47 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 04-40102 |
| ) | |
| v. ) | VIO: Title 18, United States Code, |
| ) | Sections 666 and 1001 |
| PAMELA SUE LEICHTY, ) | |
| ) | |
| Defendant. ) | |

FILED
NOV 1 2 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### SEALING ORDER

Upon the application of the United States of America to seal the Information concerning the above-specified person, and it appearing that the United States has demonstrated good cause therefor, it is hereby

**ORDERED** that the application to seal said Information is **GRANTED**, and that such shall be sealed until further Order of this Court.

**DONE** and **ORDERED** at Rock Island, Illinois this 12th day of November 2004.

S/Thomas J. Shields
**THOMAS J. SHIELDS
UNITED STATES MAGISTRATE JUDGE**