E-FILED
Tuesday, 14 December, 2004 11:38:43 AM
Clerk, U.S. District Court, ILCD

AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CRIMINAL CASE

UNITED STATES OF AMERICA

vs.

Pamela Sue Leichty
1620 65th Ave. West
Rock Island, IL 61201

**FILED**
DEC 1 4 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case Number: 04-40102

**YOU ARE HEREBY SUMMONED** to appear before the **UNITED STATES DISTRICT COURT**
at
100 N.E. Monroe, Peoria, IL 61602
on
Tuesday, 12/21/04 at 11:00am
before the
HONORABLE **Chief Judge Joe B. McDade**

To answer a(n) **information** charging you with a violation of Title 18, United States Code, Section(s) 666.

Brief description of offense:

Embezzling Public Funds and False Statements.

DATE: 12/7/04

JOHN M. WATERS, CLERK

S/Denise Koester
_____
BY: DEPUTY CLERK

AO 83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:(Date)   12-13-04 |
| Check one box below to indicate the appropriate method of service |

[X] Served personally upon the defendant at: THE RESIDENCE PROVIDED

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
   Name of person with whom the summons was left: _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on:   12-13-04              STEVEN DEATHERAGE
              Date                    Name of United States Marshal

                                      _____
                                      (by) Deputy United States Marshal

Remarks: