E-FILED
Tuesday, 21 December, 2004 04:21:34 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

FILED
DEC 21 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

WAIVER OF INDICTMENT

v.

PAMELA SUE LEICHTY

**CRIMINAL NUMBER:** 04-40102

I, Pamela Sue Leichty, the above named defendant, who is accused of

One count of embezzling public funds in violation of 18 U.S.C. §666 and one count of false statements in violation of 18 U.S.C. §1001,

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive

in open court on   December 21, 2004   prosecution by indictment and consent that the
                        Date
proceeding may be by information rather than by indictment.


_Pamela Sue Leichty_
Pamela Sue Leichty
*Defendant*

_Kevin Halligan_
Kevin Halligan
*Counsel for Defendant*


s/Joe B. McDade

Before_____
Joe Billy McDade
United States District Judge
*Judicial Officer*