E-FILED
Wednesday, 29 December, 2004 10:19:17 AM
Clerk, U.S. District Court, ILCD

AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

**SUMMONS IN A CRIMINAL CASE**

FILED
DEC 20 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**

vs.

Case Number: 04-40102

Pamela Sue Leichty
1620 65th Ave. West
Rock Island, IL 61201

YOU ARE HEREBY SUMMONED to appear before the **UNITED STATES DISTRICT COURT**
at
100 N.E. Monroe, Peoria, IL 61602
on
Tuesday, 12/21/04 at 11:00am
before the
HONORABLE **Chief Judge Joe B. McDade**

To answer a(n) **information** charging you with a violation of Title **18**, United States Code, Section(s) **666**.

Brief description of offense:

Embezzling Public Funds and False Statements.

DATE: 12/7/04

JOHN M. WATERS, CLERK

S/Denise Koester
BY: DEPUTY CLERK

AO 83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:(Date)   12-13-04 |
| Check one box below to indicate the appropriate method of service |
| [X] Served personally upon the defendant at:  THE RESIDENCE PROVIDED |
| [ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.<br>Name of person with whom the summons was left: _____ |
| [ ] Returned unexecuted: _____ |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on:   12-13-04          Steven Deatherage
              Date                Name of United States Marshal

                                  [signature]
                                  (by) Deputy United States Marshal

Remarks: