**E-FILED**
Thursday, 24 February, 2005  04:40:15 PM
Clerk, U.S. District Court, ILCD

✎AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

| Central | DISTRICT OF | Illinois |
|---|---|---|

UNITED STATES OF AMERICA

**v.**

PAMELA SUE LEICHTY

**SUBPOENA IN A
CRIMINAL CASE**

Case Number:  04-40102

TO:    Clare K. Salmon
Robert Young Health Center
2701 - 17th Street
Rock Island IL  61201

FILED

FEB 2 4 2005

U.S. CLERKS OFFICE
ROCK ISLAND, ILLINOIS

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case.   This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court, 40 Post Office Building 211 - 19th Street, Rock Island, Illinois  61201 | DATE AND TIME 3/3/2005 10:30 am |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| S/John M. Waters (By) Deputy Clerk S/Denise Koester | 2/18/05 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Kevin L. Halligan, Attorney for Defendant
5505 Victoria Avenue, Suite 100, Davenport, Iowa 52807
(563) 344-4900

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| **RECEIVED BY SERVER** | DATE 2-21-05 | PLACE Davenport, Iowa |
| **SERVED** | DATE 2-21-05 | PLACE 2701 17th St. Rock Island IL |
| **SERVED ON (PRINT NAME)** Tracy Davis | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☒ NO   AMOUNT $ |
| **SERVED BY (PRINT NAME)** Molly Cooksey | | TITLE Server |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    9-21-05
                    DATE

Molly Cooksey
SIGNATURE OF SERVER

5505 Victoria Ave
ADDRESS OF SERVER

Davenport, IA 52807

ADDITIONAL INFORMATION