# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **USA** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| **vs** | ) | |
| | ) | **CASE NO. 04-40102** |
| **Pamela Sue Leichty** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** CCM Kansas City at Kansas City, KS.

    **WE COMMAND** that you produce the body of **Pamela Sue Leichty**, Register No. **13384-026**, who is in your custody at CCM Kansas City before the United States District Court on **Thursday, 2/1/07 at 3:15pm** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

    **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: 1/24/07

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT
    S/Denise Koester
BY: _____
    Deputy Clerk