E-FILED
Monday, 04 June, 2007   08:53:26 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PAMELA SUE LEICHTY,<br><br>    Defendant,<br><br>VALIC RETIREMENT SERVICES CO.,<br>A Subsidiary of American International<br>Group, Operating under the Marketing<br>Name, AIG VALIC,<br><br>    Third Party Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>CASE NO. 04-40102-001 |

### CITATION TO DISCOVER ASSETS THIRD PARTY

**To Third Party Respondent:**   Variable Annuity Life Insurance Co.
Attn: Ms. Sharon McNamara, Esq.
General Counsel (L4-01)
2929 Allen Parkway
Houston, TX 77019

    **YOU ARE REQUIRED** to appear or file your answer to this citation on the form attached (or another appropriate answer) before MAGISTRATE JUDGE John A. Gorman at the Federal Courthouse, 211 19th Street, Rock Island, IL 61201 on June 20, 2007 at 11:00 a.m., to be examined under oath to discover Assets or income not exempt from the enforcement of the judgment including funds in a Quad City Garage Policy Group 457 Deferred Compensation Plan.

A Judgment against PAMELA SUE LEIGHTY, whose SSN is xxx-xx-4065, was entered on March 7, 2005 for $782,639.92 restitution which remains unsatisfied.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which judgment debtor may be entitled or that may be acquired by or become due to judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to judgment debtor, until the further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

**YOU MAY BE REQUESTED** to produce documents and/or records containing information concerning the property or income of the Judgment Debtor.

**WARNING: YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT.**

Note: Your written answer is sufficient for your appearance unless you receive an Order to personally appear in Court.

Dated at Rock Island, Illinois, this 4th day of June, 2007.

S/John M. Watesrs

_____
JOHN M. WATERS
Clerk, U.S. District Court

- 2 -

## CERTIFICATE OF ATTORNEY

I, Elizabeth L. Collins, certify to the Court, under penalties as provided by law pursuant to 735 ILCS 5/1-109 that the following information is true:

1. Judgment was entered in the amount of $782,839.92 on March 7, 2005, in case #04-40102-001, in the United States District Court for the Central District of Illinois at Rock Island.

2. The restitution balance owing on the Judgment as of June 1, 2007 is $764,608.48.

3. A copy of the Citation Notice to the Defendant is attached and will be mailed to Defendant within three days of notification of service.

s/ Elizabeth L. Collins

Elizabeth L. Collins, Bar No. 487864
Attorney for Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, IL 62701
Tel: 217/492-4450
Fax: 217/492-4580
Email: Beth.Collins@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 04-40102-001 |
| PAMELA SUE LEICHTY, | ) ) ) |
| Defendant, | ) ) |
| VALIC RETIREMENT SERVICES CO., A Subsidiary of American International Group, Operating under the Marketing Name, AIG VALIC, | ) ) ) ) |
| Third Party Respondent. | ) |

### CITATION NOTICE TO DEFENDANT

Name of Case: UNITED STATES v. PAMELA SUE LEICHTY
Name and Address of Court: As cited above at: U.S. District Court, 211 19th Street, Rock Island IL 61201
Address of Judgment Debtor: 1620 65th Avenue West, Rock Island, IL 61201

Name and Address of Attorney for Judgment Creditor:    Elizabeth L. Collins
Assistant United States Attorney
Financial Litigation Unit
318 S. 6th Street
Springfield, IL 62701
Telephone: 217/492-4450

Name and Address of Person Receiving Citation:    Variable Annuity Life Insurance Co.
Attn: Ms. Sharon McNamara, Esq.
General Counsel (L4-01)
2929 Allen Parkway
Houston, TX 77019

**Court Date and Time: June 20, 2007 at 11:00 a.m.**

Pursuant to Illinois Law, 735 Illinois Compiled Statutes, Section 5/2-1402(b), the following notice and summary of exemptions are provided to you:

**NOTICE**: The Court has issued a citation against the person named above. **The citation directs that person to appear in court or file an answer to the citation to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest.** The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above. On or after the court date stated above, the Court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal criminal law to only certain property exempt from tax levy. 18 U.S.C. §3613(a)(1) & (f). **The JUDGMENT DEBTOR HAS THE RIGHT TO EXCLUDE FEDERAL TAX LEVY EXEMPTIONS (26 U.S.C. §6334) LISTED BELOW AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:**

(1)    Wearing apparel and school books as are necessary for the tax payer or members of his family.
(2)    Fuel, provisions, furniture and personal effects not to exceed $6,250 in value.
(3)    Necessary books and tools of trade not to exceed in the aggregate $3,125 in value.
(4)    Unemployment benefits.
(5)    Undelivered mail.
(6)    Certain annuity and pension payments.
(7)    Workers compensation.
(8)    Judgments for the support of minor children.
(9)    Certain service connected disabilities.
(10)    Assistance under Job Training Partnership Act.

**THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH.** The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at 100 N.E. Monroe, Room 309, Peoria IL 61602.

This notice may be sent by regular first class mail.

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAMELA SUE LEICHTY,<br><br>    Defendant.<br><br>VALIC RETIREMENT SERVICES CO.,<br>A Subsidiary of American International<br>Group, operating under the Marketing Name,<br>AIG VALIC,<br><br>    Third Party Respondent. | )<br>)<br>)<br>)<br>) CASE NO. 04-40102-001<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS**

    VALIC RETIREMENT SERVICES CO., certifies under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor, including, but not limited to, a 457B Deferred Compensation Plan with an approximate value of $7,744.02. **Check one or more of the following and indicate the amount held and the account number**

A) __ Savings Account (amount withheld) $_____

B) __ Checking and/or Now Account (Amount withheld) $_____

C) __ Certificate of Deposit (Amount held) $_____

D) __ Money Market Account (Amount held) $_____

E) __ Trust Account (Amount held) $_____

F) __ Safety Deposit Box $_____

G) __ Individual Retirement Account (Amount withheld) $_____

H) __ 457 Compensation Plan $_____

I) __ Account(s) Closed within the last 3 years (describe & value):_____

J) __ Adverse Claimant: Name _____ Address _____

K) __ Wages, Salary, or commissions $_____

L) __ Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation; Sub-Total _____

Less right of offset for other loans _____

According to the business records kept by the Citation Respondent, we show the above information to be correct.

                                                _____
                                                Agent for Citation Respondent

Respondent/Agent:                    Date

Agent Name _____
Business Name _____
Address _____

Phone _____
Fax _____

**Note:** The original of this Answer should be mailed to the Court at 211 19th Street, Rock Island, Il 61201, with copies mailed to Attorney for Plaintiff at 318 S. 6th St., Springfield, Il 62701, and Defendant at 1620 65th Avenue West, Rock Island IL 61201.