**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                   Plaintiff,       ) | |
|            v.                      ) | COURT NO. 04-40102-001 |
| PAMELA SUE LEICHTY,            ) | |
|                   Defendant.       ) | |

## ENTRY OF APPEARANCE

Please enter the appearance of ELIZABETH L. COLLINS, Assistant United States Attorney, as co-counsel for the United States in this case.

Respectfully submitted,

**RODGER A. HEATON
UNITED STATES ATTORNEY**

s/Elizabeth L. Collins
Elizabeth L. Collins, Bar # 487864
Attorney for Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel:  217-492-4450
Fax: 217-492-4888
E-mail: Beth.Collins@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **ENTRY** was mailed on June 4, 2007, upon the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

PAMELA SUE LEICHTY
1620 65th Avenue West
Rock Island, IL 61201

s/Elizabeth L. Collins
_____
Elizabeth L. Collins
Assistant U.S. Attorney
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E:Mail: Beth.Collins@usdoj.gov