IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § Plaintiff § v. § § PAMELA SUE LEICHTY § § VALIC RETIREMENT SERVICES CO., § A Subsidiary of American International § Group operating under the Marketing § Name, AIG VALIC § § Third Party Respondent § | CASE NO. 04-40102-001 FILED JUN 1 1 2007 JOHN M. WATERS, Clerk U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS |

**THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS**

    VALIC RETIREMENT SERVICES COMPANY ("VRSCO"), certifies under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor, including, but not limited to, a 457(b) Deferred Compensation Plan with an approximate value of $7,744.02. Check one or more of the following and indicate the amount held and the account number:

A) ___ Savings Account (Amount withheld):     Not Applicable.

B) ___ Checking and/or Now Account (Amount withheld): Not Applicable.

C) ___ Certificate of Deposit (Amount held):     Not Applicable.

D) ___ Money Market Account (Amount held):     Not Applicable.

E) ___ Trust Account (Amount held):     Not Applicable.

F) ___ Safety Deposit Box:     Not Applicable.

G) ___ Individual Retirement Account (Amount withheld): Not Applicable.

H) ___ 457 Compensation Plan: QDCF     $7,961.05

I) ___ Account(s) Closed within the last 3 years:     Not Applicable.

J) ___ Adverse Claimant:     Not Applicable.

K) ___ Wages, Salary, or Commissions:     Not Applicable.

L) ___ Other Personal Property (Describe):     Not Applicable.

Attach a sheet for any additional information required by the Citation;
Sub-Total:                                              $7,961.05

Less right of offset for other loans:                   -0-

According to the business records kept by the Citation Respondent, we show the above-information to be correct.

*Callie Clark*
Senior Counsel, The Variable Annuity Life Insurance Company

6-6-2007
Date

| | |
|---|---|
| Respondent/Agent: | The Variable Annuity Life Insurance Company |
| Agent Name: | Callie Clark, Senior Counsel |
| Business Name: | The Variable Annuity Life Insurance Company |
| Address: | 2929 Allen Parkway, L4-01, Houston, Texas 77019 |
| Phone: | (713) 831-6080 |
| Fax: | (713) 831-5931 |

Note: The original of this Answer should be mailed to the Court at 211 19th Street, Rock Island, IL 61201, with copies mailed to Attorney for Plaintiff at 318 S. 6th Street, Springfield, IL 62701, and Defendant at 1620 65th Avenue West, Rock Island, IL 61201.

Sharon A. McNamara
Legal Assistant
Direct Line: (713) 831-2160
Facsimile:  (713) 831-5931
Email: Sharon_mcnamara@aigvalic.com



The Variable Annuity
Life Insurance Company
2929 Allen Parkway
Houston, TX 77019

June 6, 2007

Mr. John M. Waters                         *Via Certified Mail*
Clerk, United States District Court
Central District of Illinois
211 19th Street
Rock Island, Illinois 61201

Re:   *United States v Pamela Sue Leichty; Case No. 04-40102-001*
      In the US District Court, Central District of Illinois, Rock Island Division

Dear Mr. Waters:

Enclosed for filing in the above-referenced matter is an original and one copy of the Third-Party Respondent Answer to Citation Proceedings of The Variable Annuity Life Insurance Company. Please file-stamp and return the copy in the enclosed self-addressed envelope.

By copy of this letter, all parties of record are receiving the enclosed document filed with the court. Please let me know if you have any questions.

Sincerely,

Sharon A. McNamara

Sharon A. McNamara
Legal Assistant

Enclosures

cc:   Ms. Pamela Sue Leichty      *(w/enclosure)*
      1620 65th Avenue West
      Rock Island, IL 61201

      Ms. Elizabeth L. Collins    *(w/enclosure)*
      Assistant United States Attorney
      Financial Litigation Unit
      318 S. 6th Street
      Springfield, IL 62701

VL 11139-2                                                *Member of American International Group, Inc.*