E-FILED
Monday, 25 June, 2007  11:07:15 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 04-40102-001 |
| ) | |
| PAMELA SUE LEICHTY, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| VALIC RETIREMENT SERVICES CO., ) | |
| A Subsidiary of American International ) | |
| Group operating under the Marketing ) | |
| Name, AIG VALIC, ) | |
| ) | |
| Third Party Respondent. ) | |

## TURNOVER ORDER

Upon Citation to Discover Assets of the Defendant, the Third Party Respondent, VALIC RETIREMENT SERVICES CO., has non-exempt property of the Defendant, being funds in a 457 Compensation Plan of approximately $7,961.05 and the Defendant owes the United States in excess of this amount. It is therefore ordered that the current value of the funds in the 457 Compensation Plan (QDCF), being approximately $7,961.05, which is in possession of Valic Retirement Services Co. be turned over to:

    Clerk of the U.S. District Court
    Attention: Finance Department
    100 N.E. Monroe Street, Room 309
    Peoria, IL 61602

for payment on the Defendant's monetary debts owed in this case.

    s/ John A. Gorman
    John A. Gorman
    U.S. DISTRICT MAGISTRATE JUDGE

**ENTERED:** This 25th day of June, 2007.