**E-FILED**
Friday, 01 August, 2008  10:22:39 AM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) COURT NO. 04-40102-001 |
| PAMELA SUE LEICHTY, | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

Please enter the appearance of JAMES A. LEWIS, Assistant United States Attorney, as co-counsel for the United States in this case.

Respectfully submitted,

**RODGER A. HEATON**
**UNITED STATES ATTORNEY**


s/James A. Lewis
James A. Lewis, NC Bar # 5470
Attorney for Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888 or 4580
E-Mail: Jim.Lewis2@usdoj.gov

**CERTIFICATE OF SERVICE**

      It is hereby certified that service of the foregoing **ENTRY** was mailed on August 1, 2008, upon the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

      Pamela Sue Leichty
      1620 65th Avenue West
      Rock Island, IL 61201

```
s/James A. Lewis
James A. Lewis, NC Bar # 5470
Attorney for Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888 or 4580
E-Mail: Jim.Lewis2@usdoj.gov
```